THOMAS E. FRANKOVICH (S.B.N. 074414)
Attorney at Law
1165 Hoff Way, #203
Orland, CA 95963
Telephone: (415) 389-8600
Cell: (530) 824-1000
Email: tfrankovich@disabilitieslaw.com

Attorneys for Plaintiff BYRON CHAPMAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AUTONATION CHRYSLER DODGE JEEP RAM ROSEVILLE; ROSEVILLE MOTOR CORPORATION; AUTO WEST, INC.; and DOES 1 through 35, Inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-01937-MCE-AC<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE BUT WITH CONTINUING JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT** |

TO THE COURT:

The parties are pleased to report that they have reached a complete settlement of all aspects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses, and costs.  They have now memorialized this through a written agreement.

Therefore, they request that this Court dismiss this action with prejudice, but with the Court maintaining continuing jurisdiction to interpret and enforce the settlement agreement.

////

| | | |
|---|---|---|
| Dated: March 6, 2024 | | LAW OFFICE OF THOMAS E. FRANKOVICH |
| | By: | */s/ Thomas E. Frankovich* |
| | | Thomas E. Frankovich |
| | | Attorney for Plaintiff |
| | | BYRON CHAPMAN |

APPROVED AS TO FORM:

| | | |
|---|---|---|
| Dated: March 6, 2024 | | FISHER & PHILLIPS LLP |
| | By: | */s/ Nathan V. Okelberry* |
| | | Nathan V. Okelberry |
| | | Attorney for Defendants |
| | | ROSEVILLE MOTOR CORPORATION; and AUTO WEST, INC. |

ORDER

IT IS SO ORDERED.

Dated:  March 6, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE